# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>MAXUM CASUALTY INSURANCE COMPANY, et al.,<br><br>  Defendants. | Case No. 1:17-cv-00423-LJO-BAM<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MAXUM CASUALTY INSURANCE COMPANY'S MOTION TO CHANGE VENUE**<br><br>(Doc. 7) |

Pursuant to the stipulation of the parties filed on May 4, 2017, and good cause appearing, IT IS HEREBY ORDERED that the hearing on Defendant Maxum Insurance Company's Motion to Change Venue currently set for May 19, 2017, at 9:00 a.m. in Courtroom 8 (BAM) is CONTINUED. As the Court's docket cannot accommodate the date selected by the parties, the hearing on the Motion to Change Venue shall be set for **June 9, 2017, at 9:00 a.m. in Courtroom 8 (BAM)** before the undersigned. Unless otherwise agreed to by the parties, briefing on the motion, including relevant deadlines, shall comply with Local Rule 230.

IT IS SO ORDERED.

Dated: **May 5, 2017**                /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE

1